Date: 7/6/26

**FILED**
**U.S. District Court**
**District of Kansas**
07/06/2026
**Clerk, U.S. District Court**
By:__AS__Deputy Clerk

United States of America,

   Plaintiff,

v.           Case No. 26-6149-01-BGS

Colton Wiggins        ,

   Defendant.

JUDGE: ☐ Birzer ☒ Severson    AUSA: Christin Smith
DEPUTY CLERK: ☒ Swisher ☐ Vaughn DEFENSE COUNSEL: Ellen Albritton
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt TAPE NO.: 2:07 - 2:11

    ☐ Ping ☐ Rivera ☐ Vilaythong
    ☐ Sworn

## **PROCEEDINGS**

☐ Initial Appearance  ☐ Detention Hearing  ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)  ☐ Preliminary Hearing ☒ Pretrial Conference
☐ Sentencing    ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment ☐ Reading waived ☐ Read to Defendant ☐ Not Guilty Plea Entered

☒ Complaint ☐ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 1 ☐ Forfeiture
☒ Felony   ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn  ☐ Examined re: financial status  ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☒ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☒ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered  ☐ Bond fixed at: $ _____ ☐ Continued on present bond/conditions
☒ Detention ordered  ☒ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
       ☐ per the Scheduling Order of Judge _____
       ☒ on 7/15/26 at 1:30 ☐ a.m. ☒ p.m. before Judge Birzer (326)
       for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☒ Pretrial Conference

NOTES:_____