**In the United States District Court
for the District of Kansas**

**FILED**
U.S. District Court
District of Kansas

JUL 6 2026

Clerk, U.S. District Court
By_____Deputy Clerk

United States of America,

          Plaintiff,

v.

    Case No.  26-6149-01 BGS

Colton Wiggins,

          Defendant.

## Waiver of Detention Hearing

    I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing, reserving my right to apply to the court for pretrial release should my circumstances change.

                                    Defendant

7/6/24
_____
Date

s/Ellen Albritton
_____
Counsel for Defendant